37309. LUMBERMEN'S UNDERWRITING ALLIANCE *v.* JESSUP *et al.*

GARDNER, Presiding Judge. This case is controlled on the issues now before this court by the rulings on the main bill in *Lumbermen's Underwriting Alliance* v. *First Nat. Bank & Trust Co.*, ante.

*Judgment affirmed. Townsend and Carlisle, JJ., concur.*
DECIDED SEPTEMBER 25, 1958—REHEARING DENIED
OCTOBER 7, 1958.

*Hamilton Napier, Larsen & Larsen, Bloch, Hall, Groover & Hawkins,* for plaintiff in error.

*Hal M. Smith, Nelson & Nelson, Martin, Snow, Grant & Napier, Cubbedge Snow,* contra.